**FILED**
U.S. District Court
District of Kansas

SEP   1 2015

Clerk, U.S. District Court
By_____Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### (Wichita Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | } |
| | } |
| BRANDON L. HUTCHINSON, | } |
| | } |
| Defendant. | } |

Criminal Action

No. 15-M-6213-01-GEB

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about August 13, 2015, in the District of Kansas,

### BRANDON L. HUTCHINSON,

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year (a felony) did knowingly and unlawfully possess, in and affecting commerce, a firearm, that is a Delaware Machinery, AR-15 type rifle bearing S/N L005626, which was not produced in the state of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code § 922(g)(1).

1

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms

and Explosives and that this Complaint is based upon the following facts:

See attached affidavit which is incorporated herein by reference.

Continued on the attached sheet and made a part hereof:

          ___X___ Yes    _____ No

                             Justin Sprague
                             ATF Special Agent

Subscribed and sworn to before me this 1st day of September, 2015 at Wichita,

Kansas.

                             The Honorable Gwynne E. Birzer
                             United States Magistrate Judge

## AFFIDAVIT

I, Justin D. Sprague, the Affiant being duly sworn, declare and state:

1.      I have been employed as a Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since December of 2013.  I am currently assigned to the Wichita Field Office in Wichita, KS.  As a Special Agent with ATF, I have attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training.  I have also attended Firearms Interstate Nexus Training hosted by ATF and am in the process of becoming a Firearm and Ammunition Interstate Nexus Expert. Previous to this, I was an Industry Operations Investigator with ATF for six years specializing in regulatory enforcement of firearms and explosives regulations.  I have two years with the Emporia Police Department as a police officer conducting daily patrol activities.  I am also a graduate from Pittsburg State University with a Bachelor of Science in Justice Studies.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including observations of incidents by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, reviewing court documents and information gained through my training and experience.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware of relating to this investigation.

3.      On August 13, 2015, ATF SA Sprague received information from the Harper County, Kansas Sheriff's Office (HCSO) that an individual they identified as Brandon Lee HUTCHINSON was attempting to sell an AR-15 type rifle on a Facebook group listed as "Kansas GUNS Buy/Sell/trade."  SA Sprague was informed by the HCSO, and later confirmed

1

by SA Sprague, that they knew HUTCHINSON to be a prior convicted felon based on a January 16, 2014, conviction in the District Court of Harper County, Kansas, for Possession of Stimulant Drug (for which HUTCHINSON was subject to a maximum potential prison sentence of 32 months), Possession of Drug Paraphernalia for Use in Distribution, No Drug Tax Stamp, and Unlawful Receipt of Proceeds of Drug Sale. HUTCHINSON is currently on probation relating to this conviction.

4.     SA Sprague reviewed HUTCHINSON's posting of the AR-15 type rifle that was for sale. The ATF Wichita Field Office compared this listing and profile against known photographs of HUTCHINSON and confirmed they were the same person. An ATF SA acting in an undercover capacity established communication with HUTCHINSON and made arrangements to meet and purchase the firearm for the negotiated price of $750.00.

5.     On August 13, 2015, the undercover SA met with HUTCHINSON at the Eagle Trace Apartment complex located at 925 W. 29th S., Wichita, Kansas. HUTCHINSON brought the firearm, later identified as a Delaware Machinery, AR-15 type rifle, without a model designation, in 5.56 caliber, bearing serial number L005626, to the undercover SA. While discussing the firearm, HUTCHINSON, showed the undercover SA a storage compartment in the grip of the firearm that contained three (3) live .223 caliber ammunition cartridges. The firearm matched the photographs from HUTCHINSON's posting and was purchased by the undercover SA for the pre-arranged price of $750.00. The deal was then completed and the undercover SA left the location with the firearm, ammunition, and accessories and HUTCHINSON went inside the apartment complex.

6.     A later review of the firearm by SA Sprague identified that Delaware Machinery originally manufactured the receiver in Muncie, Indiana. Furthermore, it is the opinion of SA

2

Sprague that if this firearm was received and/or possessed in the state of Kansas, the item would have traveled in interstate commerce.

7.     Based on the foregoing, I have probable cause to believe that Brandon Lee HUTCHINSON, a convicted felon, did knowingly and intentionally possess a firearm, in violation of Title 18 U.S.C. Section 922(g)(1), in the District of Kansas.

Justin Sprague
Special Agent, ATF

Sworn and subscribed to before me on this 1st day of September 2015.

The Honorable Gwynne E. Birzer
United States Magistrate Judge

3